**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jodi Estelle Cable<br>  Debtor | BK NO. 17-00457 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          412-430-3594