```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-00457-RNO
Jodi Estelle Cable                                                        Chapter 13
             Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: AGarner              Page 1 of 2             Date Rcvd: Mar 13, 2017
                               Form ID: ntcnfhrg          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db            +Jodi Estelle Cable,    40 Cedar Avenue,    Gettysburg, PA 17325-8530
4881268        AES / PHEAA,    PP Box 61047,    Harrisburg, PA 17106
4891686       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
4881269      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
4881270       +Belco Community Credit,    403 North 2nd Street,    Harrisburg, PA 17101-1377
4895229       +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4881272       +CBNA / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
4881273       +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4886790       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
4881274       +Citizens One Auto Finance,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
4881275       +Comenity Bank/ Value City Furniture,    PO Box 182789,    Columbus, OH 43218-2789
4881277       +First National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
4887548       +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4881284       +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
4881285       +Penn Credit,    916 South 14th Street,    Harrisburg, PA 17104-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4881276        E-mail/Text: mrdiscen@discover.com Mar 13 2017 19:02:28      Discover Financial Services, LLC,
               PO Box 15316,    Wilmington, DE 19850
4883577        E-mail/Text: mrdiscen@discover.com Mar 13 2017 19:02:28      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4881278        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 13 2017 19:02:30       Kohl's / Capital One,
               N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
4881279        E-mail/Text: camanagement@mtb.com Mar 13 2017 19:02:36      M&T Bank,    1 Fountain Plaza,
               Buffalo, NY 14203
4881286       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:00      Synchrony Bank / Amazon,
               PO Box 965015,    Orlando, FL 32896-5015
4881287       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:14      Synchrony Bank / Lowe's,
               PO Box 956005,    Orlando, FL 32896-0001
4881288       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:06      Synchrony Bank / TJMaxx,
               PO Box 965005,    Orlando, FL 32896-5005
4881289       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:00      Synchrony Bank / Walmart,
               PO Box 965024,    Orlando, FL 32896-5024
4881290       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:07      Synchrony Bank / Wolf Furniture,
               PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4881271*      +Belco Community Credit,    403 North 2nd Street,    Harrisburg, PA 17101-1377
4881280*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881281*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881282*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881283*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Paul Donald Murphy-Ahles    on behalf of Debtor Jodi Estelle Cable pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 4

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jodi Estelle Cable
Debtor(s)

Chapter 13

Case No. 1:17−bk−00457−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2017 |