```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00457-HWV
Jodi Estelle Cable                                                  Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner            Page 1 of 1            Date Rcvd: Dec 17, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Jodi Estelle Cable,    40 Cedar Avenue,    Gettysburg, PA 17325-8530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Jodi Estelle Cable pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jodi Estelle Cable

**Debtor(s)**

**Chapter** 13

Case No. 1:17-BK-00457-HWV

**Matter:** Motion to Convert

## ORDER

UPON CONSIDERATION of Debtor(s)' Motion for Order Converting Chapter 13 Case to Chapter 7 and any objections thereto,

IT IS **ORDERED** THAT:

1. This Chapter 13 case is converted to a case under Chapter 7;

2. The Chapter 13 Trustee, within 30 days of the date of this Order, shall file:

    a. an account of all receipts and disbursements made in the Chapter 13 case; and

    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee forthwith shall turn over to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control;

4. The Trustee or any other party entitled to compensation may, within 30 days of the date of this Order, file an application for compensation and reimbursement of expenses; and

5. The Debtor(s), within 15 days from the date of this Order, shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed, as well as any other appropriate amendments or documents.

Dated:  December 17, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)