```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-00457-HWV
Jodi Estelle Cable                                                      Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: 318                 Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
```
db         +Jodi Estelle Cable,    40 Cedar Avenue,    Gettysburg, PA 17325-8530
4881268     AES / PHEAA,    PP Box 61047,    Harrisburg, PA 17106
4891686    +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
4881270    +Belco Community Credit,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4881272    +CBNA / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
4886790    +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
4881274    +Citizens One Auto Finance,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
4881277    +First National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
4887548    +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4895608    +M&T Bank,    PO BOX 1508,    BUFFALO, NY 14240-1508
4881284    +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
4881285   #+Penn Credit,    916 South 14th Street,    Harrisburg, PA 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4881269     EDI: BANKAMER.COM Apr 24 2019 23:08:00      Bank of America,    PO Box 982235,
             El Paso, TX 79998-2235
4895229     E-mail/Text: rmcollections@belco.org Apr 24 2019 19:05:51       Belco Community Credit Union,
             449 Eisenhower Blvd,    Harrisburg, PA 17111
4918210    +E-mail/Text: bncmail@w-legal.com Apr 24 2019 19:06:07       COMENITY CAPITAL BANK,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4915827     EDI: BL-BECKET.COM Apr 24 2019 23:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
4919029    +E-mail/Text: bankruptcy@cavps.com Apr 24 2019 19:06:08       Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4881273    +EDI: CITICORP.COM Apr 24 2019 23:08:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
4881275    +EDI: WFNNB.COM Apr 24 2019 23:08:00      Comenity Bank/ Value City Furniture,    PO Box 182789,
             Columbus, OH 43218-2789
4881276     EDI: DISCOVER.COM Apr 24 2019 23:08:00      Discover Financial Services, LLC,    PO Box 15316,
             Wilmington, DE 19850
4883577     EDI: DISCOVER.COM Apr 24 2019 23:08:00      Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH  43054-3025
4999804     EDI: ECMC.COM Apr 24 2019 23:08:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
4999805     EDI: ECMC.COM Apr 24 2019 23:08:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408,   ECMC,
             PO BOX 16408,    St. Paul, MN 55116-0408
4881278     EDI: CBSKOHLS.COM Apr 24 2019 23:08:00      Kohl's / Capital One,
             N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
4881278     E-mail/Text: bncnotices@becket-lee.com Apr 24 2019 19:05:54       Kohl's / Capital One,
             N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
4928947     EDI: RESURGENT.COM Apr 24 2019 23:08:00      LVNV Funding, LLC its successors and assigns as,
             assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
4881279     E-mail/Text: camanagement@mtb.com Apr 24 2019 19:05:57       M&T Bank,    1 Fountain Plaza,
             Buffalo, NY 14203
4896849     E-mail/Text: camanagement@mtb.com Apr 24 2019 19:05:57       M&T Bank,    P.O. Box 840,
             Buffalo, NY 14240-0840
4913336    +EDI: MID8.COM Apr 24 2019 23:08:00      Midland Funding, LLC,
             Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
             Warren, MI 48090-2011
4931113     EDI: PRA.COM Apr 24 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541
4908009     EDI: Q3G.COM Apr 24 2019 23:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
             PO Box 788,    Kirkland, WA 98083-0788
5109897    +E-mail/Text: bncmail@w-legal.com Apr 24 2019 19:06:07       SYNCHRONY BANK,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
5109898    +E-mail/Text: bncmail@w-legal.com Apr 24 2019 19:06:07       SYNCHRONY BANK,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
             SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
4881286    +EDI: RMSC.COM Apr 24 2019 23:08:00      Synchrony Bank / Amazon,    PO Box 965015,
             Orlando, FL 32896-5015
4881287    +EDI: RMSC.COM Apr 24 2019 23:08:00      Synchrony Bank / Lowe's,    PO Box 956005,
             Orlando, FL 32896-0001
4881288    +EDI: RMSC.COM Apr 24 2019 23:08:00      Synchrony Bank / TJMaxx,    PO Box 965005,
             Orlando, FL 32896-5005
4881289    +EDI: RMSC.COM Apr 24 2019 23:08:00      Synchrony Bank / Walmart,    PO Box 965024,
             Orlando, FL 32896-5024
4881290    +EDI: RMSC.COM Apr 24 2019 23:08:00      Synchrony Bank / Wolf Furniture,    PO Box 965036,
             Orlando, FL 32896-5036
                                                                                              TOTAL: 26
```

```
District/off: 0314-1          User: REshelman         Page 2 of 2            Date Rcvd: Apr 24, 2019
                              Form ID: 318            Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,    PO Box 16408,   St. Paul, MN  55116-0408
cr*             +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                  Seattle, WA 98121-3132
4881271*        +Belco Community Credit,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4881280*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881281*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881282*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
4881283*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M&T Bank,    1 Fountain Plaza,    Buffalo, NY 14203)
                                                                        TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Jodi Estelle Cable pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Jodi Estelle Cable** | Social Security number or ITIN | xxx-xx-0629 |
| | First Name   Middle Name   Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | ____ |
| | | EIN | __-_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **1:17-bk-00457-HWV** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jodi Estelle Cable

**By the court:**

*[signature]*

4/24/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**